IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| GAL INVESTMENTS, LTD., and Iowa Corporation and GABAY G. MENAHEM, An Individual, | ) ) ) ) |
| Plaintiffs, | ) No. C10-1022-EJM |
| vs. | ) ORDER |
| CITY OF POSTVILLE, IOWA, an Iowa Municipality, et al., | ) ) ) |
| Defendants. | ) |

This matter is before the court on defendants' resisted Motion to Stay, filed February 4, 2011 and the Magistrate Judge's[1] Report and Recommendation thereon, filed March 3, 2011. Report and Recommendation adopted; Motion to Stay denied.

The nature of this matter is fully characterized in the Report and Recommendation and requires no further elaboration here. Upon review of the Magistrate Judge's thorough Report and Recommendation in accordance with the appropriate standards, noting no objections have been filed thereto, the Court finds no error, and the Report and Recommendation shall be adopted for the reasons set forth therein.

---

[1] The Honorable Jon S. Scoles, US Magistrate Judge.

It is therefore

ORDERED

1. Report and Recommendation adopted.

2. Motion to Stay denied.

April 11, 2011.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT